Query   Reports   Utilities   Help   What's New   Log Out

# Live Database
## U.S. District Court - Eastern District of Tennessee (Chattanooga)
## CRIMINAL DOCKET FOR CASE #: 1:20-mj-00130-CHS-1

Case title: USA v. Comoretto                              Date Filed: 09/10/2020

Assigned to: Magistrate Judge Christopher H Steger

**Defendant (1)**

**Daniel Comoretto**     represented by   **Joe Austin**
Federal Defender Services of Eastern Tennessee, Inc. (Chatt)
One Central Plaza, Suite 600
835 Georgia Avenue
Chattanooga, TN 37402
423-756-4349
Email: Joe_Austin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                                        **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                     **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                            **Disposition**
None

**Plaintiff**

| USA | represented by | **Steven S Neff**<br>U S Department of Justice (Chattanooga USAO)<br>Office of U S Attorney<br>1110 Market Street<br>Suite 515<br>Chattanooga, TN 37402<br>423-752-5140<br>Email: steven.neff@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: United States Attorney* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 09/10/2020 |   | CASE SEALED as to Daniel Comoretto (KFB) (Entered: 09/10/2020) |
| 09/10/2020 | 1 | Rule 5(c)(3)Documents Received as to Daniel Comoretto. (KFB) (Entered: 09/10/2020) |
| 09/10/2020 |   | Case unsealed as to Daniel Comoretto. (Per AUSA's office) (KFB) (Entered: 09/10/2020) |
| 09/10/2020 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Daniel Comoretto. Joe Austin for Daniel Comoretto appointed. Signed by Magistrate Judge Christopher H Steger on September 10, 2020. (SAC) (Entered: 09/10/2020) |
| 09/10/2020 | 3 | CJA 23 Financial Affidavit by Daniel Comoretto. (SAC) (Entered: 09/10/2020) |
| 09/10/2020 | 4 | Minute Entry for proceedings held before Magistrate Judge Christopher H Steger:Initial Appearance in Rule 5(c)(3) Proceedings as to Daniel Comoretto held on 9/10/2020. (Court Reporter Elizabeth Coffey) (SAC) (Entered: 09/10/2020) |
| 09/10/2020 | 5 | WAIVER of Rule 5(c)(3) Hearing by Daniel Comoretto. (SAC) (Entered: 09/10/2020) |
| 09/10/2020 | 6 | ORDER Setting Conditions of Release. Signed by Magistrate Judge Christopher H Steger on September 10, 2020. (SAC) (Entered: 09/10/2020) |
| 09/10/2020 | 7 | Appearance Bond Entered as to Daniel Comoretto, Surety Bond, wife, Alghys Karina De Los Rios Delgado. (SAC) (Entered: 09/10/2020) |
| 09/11/2020 |   | All documents in this case as to Daniel Comoretto, forwarded via email to EDNY. (KFB) (Entered: 09/11/2020) |
| 09/11/2020 | 8 | COURT REPORTER NOTES re Daniel Comoretto filed by Elizabeth Coffey of Rule 5 Out Hearing before Judge Christopher H. Steger on 9-10-2020. In accordance with 28 U.S.C. Section 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Eastern District of TN before Judge Christopher H. Steger on 9-10-2020. By s/ Elizabeth Coffey. (Court Reporter Notes are viewable by court staff only). (EBC) (Entered: 09/11/2020) |