U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

- ☑ Initial Appearance
- ☑ Complaint
- ☐ Preliminary Exam
- ☐ Motion Hearing
- ☐ Indictment
- ☐ SSI
- ☐ Information
- ☐ Detention Hearing
- ☐ Bond Hearing
- ☐ Petition for Probation/Supervised Release action
- ☐ Arraignment
- ☐ Arraignment on SSI

Case No. **1:20-mj-130**    USA v. **Daniel Comoretto**

**PRESENT:** Honorable **Christopher H. Steger**   ☐ U.S. District Judge OR ☑ U.S. Magistrate Judge

| Steve Neff | Joe Austin | Mary Ann Zwicknagel |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
|  | ☑ Appt.  ☐ Retd  ☑ Ltd. App. |  |
| Stefanie Capetz | Elizabeth Coffey |  |
| Courtroom Deputy | Court Reporter | Interpreter(s)   ☐ SWORN |

Digital Recording: Crtrm 1B ☐   OR Crtrm 4 ☐

**PROCEEDINGS:**   ☑ DEFENDANT(S) SWORN        **DATES SET:**

- ☐ Financial affidavit(s) executed
- ☐ Court appointed attorney(s) under CJA
- ☐ Court may require deft(s) repay govt cost of atty(s)
- ☐ Defendant(s) waived appointment of attorney(s)
- ☑ Defendant(s) specifically advised of rights
- ☐ Deft advised of Rules 20, 5 FRCrP
- ☑ Deft executed waiver of Rule 5, 5.1 hearing
- ☐ Deft waived reading of indictment/information
- ☐ Indictment/Information read
- ☐ Deft pleads not guilty to counts _____
- ☐ Not guilty plea entered by Court on deft's behalf
- ☐ Deft. entered no plea

Detention hearing: _____
Preliminary exam: _____
Revocation hearing: _____
Arraignment: _____
OTHER: **9/18/2020 at 2PM/ED-NYC**

Court ordered file   ☐ sealed OR   ☐ unsealed

**TESTIMONY BY**: _____

**OTHER MATTERS**:

**BOND**
☑ Govt. motion for detention without bond: ☑ granted ☐ denied
☑ Court ordered deft released on bond (see order setting conditions of release)

Amount: **$30,000 -See Conditions**   Type: _____

Defendant ineligible for release on bond: _____

Deft   ☐ remanded to custody of U.S. Marshal   ☐ remained in custody   ☐ remained on bond   ☑ released on bond

Time: **2:15** to **3:50**    Date: **September 10, 2020**

rev 3/09